# ALONSO, ANDALKAR & FACHER, P.C.

ATTORNEYS AT LAW
42 BROADWAY
NEW YORK, NEW YORK 10004
(212) 598-5900
WWW.ALONSOLEGAL.COM

MARK J. ALONSO +
MANOJ R. ANDALKAR + < *
CATANIA T. FACHER + †
CARI A. LEWIS +

MELISSA A. ROMAIN +
JI H. LEE +

TELECOPIER   (212) 598-4675
EMAIL: MALONSO@ALONSOLEGAL.COM

ERIN MAC AVOY
OF COUNSEL

+ MEMBER OF THE NY BAR
< MEMBER OF THE NJ BAR
† MEMBER OF THE FL BAR
* MEMBER OF THE MA, PA AND AZ BARS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/21

December 23, 2021

**_Via ECF_**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Gonzalez v. Savasta and Company, LLC, et al, S. D. N.Y.*
      *Case No. 1:21 Civ. 9456 (AJN)*

Your Honor:

We represent Savasta and Company, LLC and Linda Kellner [collectively "Defendants"] in the above-referenced matter. We respectfully move the Court to extend Defendants' deadline to answer, move, or otherwise respond to the Plaintiff's complaint to Thursday, January 28, ~~2021~~ 2022. Plaintiff's counsel has consented to this extension. Defendants' counsel has recently been retained and the requested extension will permit Defendants; counsel to investigate and the parties to communicate regarding Plaintiff's allegations. This is Defendants' first request for an adjournment and no prior extension has been previously sought.

*[Signature]*
12/27/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

*Gonzalez v. Savasta and Company, LLC, et al, S. D. N.Y.*
*Case No. 1:21 Civ. 9456(AJN)*

Thank you for your prompt attention to this matter.

                                      Respectfully submitted,

                                      Catania Facher, Esq. . (CF-5278)
                                      42 Broadway, Suite 1827
                                      New York, New York 10004
                                      Telephone (212) 598-5900
                                      Facsimile (212) 598-4675
                                      cfacher@alonsolegal.com
                                      *Attorneys for Defendants*

Encl.

cc:     Rudy A. Dermesropian
        Law Office of Rudy A. Dermesropian, LLC
        810 Seventh Avenue, Suite 405
        New York, NY 10019
        Telephone: (646) 586-9030
        Fax: (646) 586-9005
        *Attorney for Plaintiff*